United States District Court
Middle District of Florida
Jacksonville Division

**CROSSFIT, LLC,**

   *Plaintiff,*

v.                                                          **NO. 3:25-cv-96-MMH-PDB**

**BRENT PARRISH, INDIVIDUALLY, &**
**D/B/A CROSSFIT BLACK HIVE**
**A/K/A BLACK HIVE ATHLETICS,**

   *Defendant.*

---

## Order

The plaintiff filed the complaint on January 31, 2025, Doc. 1, and, according to a process server, served process on February 7, 2025, Doc. 10.

"A defendant must serve an answer … within 21 days after being served with the summons and complaint[.]" Fed. R. Civ. P. 12(a)(1)(A)(i). "Within twenty-eight days after a party's failure to plead or otherwise defend, a party entitled to a default must apply for a default." Local Rule 1.10(b). "Failure to comply with a deadline in this rule can result in dismissal of the claim or action without notice and without prejudice." Local Rule 1.10(d).

"A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay." Local Rule 3.10.

The defendant's response to the complaint was due on February 28, 2025. The deadline to apply for default was March 28, 2025.

By **April 15, 2025**, the plaintiff must apply for default and show cause why the Court should not dismiss the action without prejudice or impose other sanctions for failure to comply with Local Rule 1.10(b) and otherwise prosecute the case. The application for default must include a memorandum of law under Local Rule 3.01(a) to explain how service of process on "Jackie Tacandoing" was proper. *See* Doc. 10.

**Ordered** in Jacksonville, Florida, on April 2, 2025.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:    Brent Parrish
      13245 Atlantic Blvd., Unit 4-212
      Jacksonville, FL 32225